UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IVAN LYKOV,

Petitioner,

v.

Warden, Otay Mesa Detention Center, Field Office Director, ICE San Diego,

Respondents.

Case No.: 26-CV-71 TWR (KSC)

**ORDER GRANTING JOINT MOTION TO EXTEND RESPONDENTS' DEADLINE TO RESPOND**

(ECF No. 8)

Presently before the Court is the Parties' Joint Motion to Extend Respondents' Time to Respond ("Joint Mot.," ECF No. 8) filed by Respondents. Petitioner filed an Amended Petition for Writ of Habeas Corpus on January 18, 2026. (ECF No. 6.) The Parties "jointly and respectfully request this brief extension to allow Respondents' counsel adequate time to gather all relevant information necessary to draft a response to the amended petition." (Joint Mot. at 1.) Good cause appearing, the Court **GRANTS** the Joint Motion. Respondents must respond to Petitioner's Amended Petition for Writ of Habeas Corpus by 5:00 p.m. on January 21, 2026.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated: January 20, 2026

Honorable Todd W. Robinson
United States District Judge